**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 96-6962**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SAMUEL CENTENO,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  N. Carlton Tilley, Jr., District Judge.  (CR-91-42-G, CA-95-680)

───────────────

Submitted:  April 14, 1998          Decided:  June 2, 1998

───────────────

Before WILLIAMS and MICHAEL, Circuit Judges, and HALL, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Cheryl Johns Sturm, Westtown, Pennsylvania, for Appellant.  Sandra Jane Hairston, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994) (current version at 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997)). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. We affirm substantially on the reasoning of the district court. See United States v. Centeno, CR-91-42-G; CA-95-680 (M.D.N.C. Apr. 22, 1996). We note that Appellant's state conviction was not expunged as that term is used in U.S. Sentencing Guidelines Manual § 4A1.2(j) (1997). See USSG § 4A1.2, comment. (n.10); United States v. Hines, 133 F.3d 1360, 1363-67 (10th Cir. 1998); United States v. McDonald, 991 F.2d 866, 871 (D.C. Cir. 1993). Accordingly, Appellant is not entitled to be resentenced on this ground. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2